UNITED STATES ARMY COURT OF CRIMINAL APPEALS

 Before
 CONN, HOFFMAN, and GIFFORD
 Appellate Military Judges

 UNITED STATES, Appellant
 v.
 Specialist MICHAEL A. PRINCE
 United States Army, Appellee

 ARMY MISC 20100939

 1st Cavalry Division
 James L. Varley, Military Judge
 Colonel Mark Sydenham, Staff Judge Advocate

For Appellee: Colonel Mark Tellitocci, JA; Lieutenant Colonel Imogene M.
Jamison, JA; Major Laura R. Kesler, JA; Captain Matthew T. Grady, JA (on
brief).

For Appellant: Colonel Michael E. Mulligan, JA; Major Adam S. Kazin, JA;
Captain Joshua W. Johnson, JA (on brief); Colonel Michael E. Mulligan, JA;
Major Amber J. Williams, JA; Major Adam S. Kazin, JA; Captain Joshua W.
Johnson, JA (on motion for reconsideration).

 26 January 2011

 --------------------------------------------------------------------------
 SUMMARY DISPOSITION AND ACTION ON APPEAL
 BY THE UNITED STATES FILED PURSUANT TO
 ARTICLE 62, UNIFORM CODE OF MILITARY JUSTICE
 -------------------------------------------------------------------------

Per Curiam:

 On reconsideration, applying the standard of review articulated in
United States v. Thompson, 63 M.J. 228, 230 (C.A.A.F. 2006), we do not find
that the military judge was wrong as a matter of law. Accordingly, the
appeal by the United States under Article 62, UCMJ, of the military judge’s
ruling is denied.

 FOR THE COURT:

 MALCOLM H. SQUIRES, JR.
 Clerk of Court